# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY MCDANIELS,<br><br>        Petitioner,<br><br>        v.<br><br>LINDA T. MCGREW,<br><br>        Respondent. | Case No. ED CV 13-01178 VBF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the contemporaneously issued Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED:   August 8, 2013

*Valerie Baker Fairbank*
_____
HON. VALERIE BAIRBANK
UNITED STATES DISTRICT JUDGE